Certificate Number: 05781-OR-DE-041586355

Bankruptcy Case Number: 26-62423

05781-OR-DE-041586355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2026, at 3:41 o'clock PM PDT, Ashton Stetson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: October 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President